# ALLEGHENY COUNTY,

## March Term, 1795.

### GEORGE ADAMS *v.* RODERICK M'KINNEY.

THIS was an action of trespass, for breaking the clofe of the plaintiff, and treading and depafturing the grafs in his meadow. There was evidence that *M'Kinney* had thrown down the fence, and turned his horfes into the meadow. It was proved, that the fence, though not what is called a *lawful* fence, or agreeable to the directions of the act to regulate fences, &c.; yet was generally what is called a *neighbourly* fence; and that *M'Kinney's* horfes were *breachy*.

*Brackenridge*, for the plaintiff. *Young*, for the defendant.

PRESIDENT. In *England*, the law is a fence round every man's ground, and trefpafs may be maintained for paffing over the uninclofed ground of another againft his will. There, as has been ftated, on the principle, *fic utere tuo, ut alieno non lædas*, every man muft take care to keep his cattle from going on the land of another. In this country our circumftances have led us to fuppofe, that every man muft take care of his land, that the cattle of others go not on it.

It is not neceffary now to fay, whether trefpafs could, or could not, be maintained, for treading down *uninclofed* grafs, &c. or for treading down grafs, &c. inclofed by a fence *notorioufly* bad, and fuch as plainly could not keep off the cattle ufually running at large.

The 43d fection of the late conftitution of this ftate, which gave general liberty to hunt on uninclofed lands, if it could apply to the cafe before us, is not in the prefent conftitution.

The act regulating fences gives a new and fummary remedy for trefpaffes on lands, inclofed with fences of the defcription therein mentioned; but takes not away any remedy, which exifted before and at the time of the paffing of that act. The perfon injured, whofe fences are of that defcription, may proceed under that act, or at common law. And if the fences are not of that defcription, the perfon injured, though he can have no remedy under that act, may have remedy at common law.

*2 St. L. 188.*

1795.

If fences, though not what are called *lawful*, be what are called *neighbourly*, and sufficient to keep out cattle not *breachy*, I hold, that trespass will lie: for the owners of mischievous cattle ought to keep them from doing injury. But, whatever the fences be, whether good or bad, if a man drive his cattle over them into the field of another, trespass will lie.

Verdict for the plaintiff, ten dollars.